# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00095-CR

**Adrian Garza, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
### NO. CR2021-005, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Adrian Garza, Jr. has filed a motion to dismiss his appeal. The motion is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id*.

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed on Appellant's Motion

Filed: April 13, 2022

Do Not Publish